UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Loretta Bayliss,

        Plaintiff,

v.

NORTH BROWARD HOSPITAL DISTRICT
d/b/a BROWARD HEALTH,

        Defendant.

Case No. _____

## NOTICE OF REMOVAL

To:    The Honorable Judges of the United States District Court
        for the Southern District of Florida

The Defendant, NORTH BROWARD HOSPITAL DISTRICT, by and through its undersigned counsel, files this Notice of Removal pursuant to 28 U.S.C. §§ 1441 and 1446, and states the following facts in support of removal of this action:

## GROUNDS FOR REMOVAL

1.    This is a notice of removal of an action filed by Plaintiff Loretta Bayliss in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, Case No. 2019-CA-004710 on or about March 1, 2019 (the "State Court Action"). Copies of all pleadings, exhibits, and service filed in the state court to date are attached hereto as Exhibit 1 and are incorporated herein by reference.

2.    Plaintiff's Complaint alleges discrimination and retaliation in violation of Section 504 of the Rehabilitation Act of 1973, as amended, 29 U.S.C. § 794 *et seq.*, as amended by the Americans with Disabilities Act Amendments Act of 2008, 42 U.S.C. § 12101 *et seq.*

Accordingly, this Court has original jurisdiction under the provisions of 28 U.S.C. § 1331 in that Plaintiff has asserted claims under the laws of the United States.

3. Thus, this action may be removed to this Court by the Defendant pursuant to the provisions of 28 U.S.C. § 1441(c).

4. Pursuant to 28 U.S.C. § 1446(b), Defendant has timely filed this Notice of Removal within thirty days after Defendant was served with a copy of Plaintiff's Complaint on April 18, 2019.

5. In accordance with 28 U.S.C. § 1446(d), the Defendant is providing written notice of the Notice of Removal to the Plaintiff and is filing a copy of this Notice with the Clerk of the Circuit Court in and for Broward County, Florida. (Exhibit 2).

6. Pursuant to Federal Rule of Civil Procedure 81(c)(2)(C), Defendant will file its responsive pleading to Plaintiff's Complaint within seven (7) days from the filing of this Notice of Removal.

WHEREFORE, the Defendant requests that the above action now pending against it in the Circuit Court of the Seventeenth Judicial Circuit of Florida in and for Broward County, Florida be removed to this Court.

Dated this 17th day of May, 2019.                    Respectfully submitted,

*s/ Matthew D. Stefany*
SUSAN POTTER NORTON
Florida Bar No. 0201847
*Counsel for Defendant*
**ALLEN NORTON & BLUE, P.A.**
121 Majorca Avenue, Suite 300
Coral Gables, Florida 33134
(305) 445-7801 | (305) 442-1578 – Fax
Primary:     snorton@anblaw.com
Secondary: lgonzalez@anblaw.com

MATTHEW D. STEFANY
Florida Bar No. 98790
*Counsel for Defendant*
**ALLEN NORTON & BLUE, P.A.**
Hyde Park Plaza - Suite 225
324 South Hyde Park Avenue
Tampa, Florida 33606-4127
(813) 251-1210 | (813) 253-2006 – Fax
E-mail:     mstefany@anblaw.com
                 amcclanahan@anblaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of May 2019, a true and correct copy of the foregoing was electronically filed using the Florida Courts E-Filing Portal, which will send a notice of electronic filing to Louis P. Pfeffer, Esquire, Louis P. Pfeffer, P.A., 250 South Central Boulevard, Suite 205, Jupiter, Florida 33458 *[lpfeffer@pfefferlaw.com]*.

*s/ Matthew D. Stefany*
ATTORNEY