UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

LORETTA BAYLISS,

        Plaintiff,

v.

NORTH BROWARD HOSPITAL DISTRICT
d/b/a BROWARD HOSPITAL,

        Defendant.

Case No. 0:19-cv-61259-RNS

**JOINT MOTION FOR 90 DAY EXTENSION OF DISCOVERY AND ALL SUBSEQUENT PRETRIAL DEADLINES, INCLUDING TRIAL**

COME NOW Defendant NORTH BROWARD HOSPITAL DISTRICT d/b/a BROWARD HOSPITAL, and Plaintiff LORETTA BAYLISS by and through their respective undersigned counsel, hereby request a ninety-day extension of all deadlines set forth by the Order Setting Civil Trial Date, Pretrial Deadlines and Referral to Magistrate Judge (D.E. 15), and in support thereof state the following:

1. On November 25, 2019, this Court granted Defendant's Motion to Dismiss Plaintiff's Complaint for failure to state a claim upon which relief may be granted.

2. The Court's dismissal was without prejudice. Accordingly, Plaintiff filed her Amended Complaint on December 9, 2019. Defendant subsequently moved to dismiss Plaintiff's Amended Complaint on December 23, 2019. Defendant's Motion remains pending to date.

3. The discovery deadline in the matter currently expires on January 31, 2020. Dispositive Motions are due by February 28, 2020.

4. Due to the uncertainty surrounding the viability of Plaintiff's claims and in order to avoid the potential unnecessary expenditure of time and resources on further litigation while Defendant's Motion remains pending, the Parties jointly request this Court for a ninety-day

extension of all litigation deadlines in order to permit the Court time to consider Defendant's pending Motion.

5. The Parties have also begun negotiations on a possible resolution of this matter and the additional time will permit the Parties to continue these discussions.

6. The requested enlargement is made in good faith and will not prejudice any party to this action and will serve the interest of judicial economy.  To the contrary, the requested extension will permit the Parties to, if necessary, proceed with discovery and litigation of this matter with more clarity on the claims at issue in the case.

7. The parties have conferred regarding the contents of this Motion and agree on the relief requested relief. Accordingly, the Parties file this motion jointly.

WHEREFORE, the Parties respectfully request that this Court enter an Order enlarging the time for discovery by ninety (90) days and correspondingly enlarging all other deadlines, including the trial period.

## MEMORANDUM OF LAW

The Court has the discretion to reschedule the trial and pretrial deadlines in this matter. *See* Fed. R. Civ. P. 16(b)(4) (providing a schedule may be modified only for good cause and with the Judge's consent).  The Parties submit that, as set forth above, good cause exists to extend the deadlines set forth in the Court's Order Setting Civil Trial Date, Pretrial Deadlines and Referral to Magistrate Judge. The Parties submit the additional time is necessary given the uncertainty of the status of Plaintiff's claims in this litigation and the associated potential for unnecessary discovery on matters that may not be issues in the case following the Court's resolution of Defendant's Motion. The Parties assert that neither side will be prejudice by the requested extension.

Based on the foregoing, the Parties jointly and respectfully request a ninety (90) day enlargement of the discovery deadline and a corresponding enlargement of the subsequent deadlines, including the Parties' currently scheduled trial period in June 22, 2020.

| | |
|---|---|
| Dated this 23rd day of December 2019. | Respectfully submitted, |
| *s/ Louis P. Pfeffer* | *s/ Matthew D. Stefany* |
| LOUIS P. PFEFFER | SUSAN POTTER NORTON |
| Florida Bar No. 438707 | Florida Bar No. 201847 |
| LOUIS P. PFEFFER, P.A. | **ALLEN, NORTON & BLUE, P.A.** |
| 250 South Central Boulevard, Suite 205 | 121 Majorca Avenue, Suite 300 |
| Jupiter, Florida 33458 | Coral Gables, Florida 33134 |
| (561) 745-8011 – Telephone | (305) 445-7801 \| (305) 442-1578 – Fax |
| (561) 745-8019 – Facsimile | E-mail: snorton@anblaw.com |
| lpfeffer@pfefferlaw.com | |
| *Counsel for Plaintiff* | MATTHEW D. STEFANY |
| | Florida Bar No. 98790 |
| | **ALLEN NORTON & BLUE, P.A.** |
| | Hyde Park Plaza - Suite 225 |
| | 324 South Hyde Park Avenue |
| | Tampa, Florida 33606-4127 |
| | (813) 251-1210 \| (813) 253-2006 – Fax |
| | E-mail:     mstefany@anblaw.com |
| | *Counsel for Defendant* |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of December 2019, I electronically filed the foregoing the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to, 250 South Central Blvd., Suite 205, Jupiter, Florida 33458.

*s/ Matthew D. Stefany*
ATTORNEY